1 | OZUMA E. NWAGWU
nwagwu@aol.com
12100 Mount Anderson Street, Apt. 55
Reno, Nevada 89506
Telephone: (775) 737-6657

Plaintiff *Pro Se*

HARTWELL THALACKER, LTD
Doreen Spears Hartwell (SBN 7525)
Doreen@HartwellThalacker.com
11920 Southern Highlands Parkway, Suite 201
Las Vegas, Nevada 89141
Telephone: (702) 850-1074

SEYFARTH SHAW LLP
Jonathan L. Brophy (*admitted pro hac vice*)
jbrophy@seyfarth.com
David Rosenberg (*admitted pro hac vice*)
drosenberg@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorney for Defendant
US FOODS INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UZOMA E. NWAGWU,<br><br>  Plaintiff,<br><br>  v.<br><br>US FOOD INC.,<br><br>  Defendant. | Case No. 3:20-cv-00307-MMD-WGC<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE EARLY NEUTRAL EVALUATION SCHEDULED FOR JANUARY 28, 2021; ORDER**<br><br>Complaint File:  May 26, 2020<br>Trial Date:         None Set |
|---|---|

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

*Pro Se* Plaintiff Ozuma E. Nwagwu and Defendant US Foods, Inc. (collectively, the "Parties") hereby inform the Court that the Parties have reached an agreement on the terms of a settlement of the above-captioned action and are in the process of drafting settlement agreement documents.  The Parties anticipate filing a Joint Stipulation for Dismissal of the case with prejudice within the next sixty (60) days.

In light of the Parties' settlement, the Parties respectfully request that the Early Neutral Evaluation set for January 28, 2021, be vacated and taken off calendar.  (*See* Dkt. No. 16.)

DATED: January 7, 2021                     Respectfully submitted,

                                           OZUMA E. NWAGWU


                                           By:  */s/ Ozuma E. Nwagwu*
                                                Ozuma E. Nwagwu
                                                Plaintiff *Pro Se*

DATED: January 7, 2021                     Respectfully submitted,

                                           HARTWELL THALACKER, LTD


                                           By:  */s/ Doreen Spears Hartwell*
                                                Doreen Spears Hartwell
                                                Attorney for Defendant
                                                US FOODS, INC.


**ORDER**

Pursuant to the Parties' Joint Notice of Settlement, the Court hereby vacates the Early Neutral Evaluation, set for January 28, 2021.

**IT IS SO ORDERED.**


                                           _____
                                           Hon. William G. Cobb
                                           United States Magistrate Judge

1
JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ENE

67421654v.1