1  OZUMA E. NWAGWU
   nwagwu@aol.com
2  12100 Mount Anderson Street, Apt. 55
   Reno, Nevada 89506
3  Telephone:  (775) 737-6657

4  Plaintiff *Pro Se*

5  HARTWELL THALACKER, LTD
   Doreen Spears Hartwell (SBN 7525)
6  Doreen@HartwellThalacker.com
   11920 Southern Highlands Parkway, Suite 201
7  Las Vegas, Nevada 89141
   Telephone:  (702) 850-1074
8
   SEYFARTH SHAW LLP
9  Jonathan L. Brophy (*admitted pro hac vice*)
   jbrophy@seyfarth.com
10 David Rosenberg (*admitted pro hac vice*)
   drosenberg@seyfarth.com
11 2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
12 Telephone:    (310) 277-7200
   Facsimile:    (310) 201-5219
13
   Attorneys for Defendant
14 US FOODS INC.

15

16                    UNITED STATES DISTRICT COURT

17                         DISTRICT OF NEVADA

18

19 | UZOMA E. NWAGWU,           | Case No. 3:20-cv-00307-MMD-WGC |
   |---|---|
20 | Plaintiff,                  | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B); [PROPOSED] ORDER** |
21 | v.                          | |
22 | US FOOD INC.,               | |
23 | Defendant.                  | Complaint File:  May 26, 2020<br>Trial Date:       None Set |

---

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

67781173v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

*Pro Se* Plaintiff Ozuma E. Nwagwu and Defendant US Foods, Inc. (collectively, the "Parties"), by and through their counsel of record, hereby submit this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B). The Parties stipulate to the Dismissal with Prejudice of this action, with each party shall bear its own fees and costs.

DATED: March 12, 2021                     Respectfully submitted,

OZUMA E. NWAGWU


By:  /s/ *Ozuma E. Nwagwu*
    Ozuma E. Nwagwu
    Plaintiff *Pro Se*

DATED: March 12, 2021                     Respectfully submitted,

HARTWELL THALACKER, LTD


By:  /s/ *Doreen Spears Hartwell*
    Doreen Spears Hartwell
    Attorney for Defendant
    US FOODS, INC.

## ORDER

In consideration of the Parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), it is hereby ordered that the above-captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE. Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: 3/15/2021

Hon. Miranda M. Du
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of March, 2021, the above JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B); [PROPOSED] ORDER was served to the following via email:

nwagwu@aol.com
UZOMA E. NWAGWU
12100 Mount Anderson Street, Apt. 55
Reno, Nevada 89506
In proper person

/s/Doreen Spears Hartwell
An employee of Hartwell Thalacker, Ltd